UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE CORMIER, ET AL., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO. 3:01CV2176(RNC) |
| | : | |
| TGW TRANSPORTGERATE GMBH & | : | |
| CO., ET AL., | : | |
| | : | |
| Defendants. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_    To conduct settlement conferences (orefmisc./cnf);

____    To conduct a prefiling conference (orefmisc./cnf);

____    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

____    A ruling on the following pending motions (orefm.):

_____

_____

_____

So ordered.

Dated at Hartford, Connecticut this /7 day of October 2003.

Robert N. Chatigny
United States District Judge