UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE CORMIER. ET AL., <br>     Plaintiffs, | : <br> : <br> : |
| v. | :   CASE NO. 3:01CV2176 (RNC) <br> : |
| TGW TRANSPORTGERATE GMBH & <br> CO., ET AL., <br>     Defendants. | : <br> : <br> : |

### ORDER TO SUBMIT JOINT MEDIATION REPORT

This case has been referred to the undersigned for mediation. To assist the court in scheduling the mediation[1], counsel for all parties are hereby ordered to confer with one another to prepare and submit a joint mediation report to the chambers of the undersigned **by no later than November 6, 2003.**

The report shall include the following information:

1. Brief Statement of the case (no more than one paragraph);

2. Names of all counsel who will attend the conference and the parties they represent;

3. Whether discovery has been completed and, if not, how much discovery remains to be done;

4. Due dates for filing dispositive motions and the joint trial memorandum;

5. The date the case is scheduled for trial;

6. An estimate of the length of time needed for the mediation session as well as counsel's view as to when a

---

[1] Counsel should note that the information requested in response to this order will be used by the court only in scheduling mediation. After the mediation is scheduled, the court will issue another order setting a deadline for submission of *ex parte* mediation statements.

mediation session is most likely to result in settlement of the case;

7. History and current status of any settlement negotiations, specifying any demands or offers made to date;

8. Any other information that might be helpful for the court to consider when scheduling the mediation.

The joint mediation report need not be signed by all counsel who have appeared in this action. The attorney signing the report shall indicate that he or she has prepared the report in consultation with counsel for all parties to the action.

**The report shall not be filed with the clerk**, but shall be submitted to the undersigned at the following address:

> The Honorable Donna F. Martinez
> United States District Court
> 450 Main Street
> Hartford, Connecticut 06106

Counsel are hereby notified that the parties will be required to be present at the mediation. If a party is a legal entity, not an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case will be required to be present. The court will not conduct mediation without all parties present. In cases where a party requires authority from an insurer to settle the case, that party shall ensure that an insurance company representative with full authority to settle the case attend the mediation.

SO ORDERED at Hartford, Connecticut this 24 day of October, 2003.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE