UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE CORMIER, et al. | : | CIVIL ACTION NO. 3:01CV2176 (RNC) |
| | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| TGW TRANSPORTGERATE GmbH & CO. KG, et al. | : | |
| | : | |
| Defendants. | : | OCTOBER 29, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants TGW Transportgerate GMBH & Co. Kg. ("TGW Austria") and TGW, Inc., respectfully move for a 30 day extension of time until December 1, 2003 to respond to the interrogatories and production requests of the intervening plaintiff, Warren Corporation.  The reason for the request is a decision on Warren Corporation's Motion to Dismiss is pending and will affect the responses to discovery.

Opposing counsel has no objection to the granting of this motion.

This is the second motion for extension with respect to said interrogatories and production requests.

DEFENDANTS, TGW TRANSPORTGERATE
GMBH & CO. KG. and TGW, INC.


By _____
        Philip S. Walker (ct 05172)
        Charlsa D. Broadus (ct 22153)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        Juris No. 14229
        Their Attorneys

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first class mail, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| Kenneth M. Rozich, Esq. | Gerald L. Garlick, Esq. |
| Law Offices of Jason L. McCoy | Krasow, Garlick & Hadley, LLC |
| 280 Talcotville Road | One State Street |
| Vernon, CT 06066 | Hartford, CT 06103 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| | |
| Frederick W. Danforth, Jr., Esq. | Deborah E. Roser, Esq. |
| Law Offices of Christopher J. Powderly | Peter J. Ponziania, Esq. |
| P.O. Box 990029 | Litchfield Cavo |
| Hartford, CT 06199 | 40 Tower Lane, Suite 200 |
| *Intervening Plaintiff, Warren Corporation* | Avon, CT 06001 |
| | *Counterclaim Defendant, Warren Corporation* |


_____
Philip S. Walker