UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE CORMIER, et al. | : CIVIL ACTION NO. 3:01CV2176 (RNC) |
| Plaintiffs, | : |
| vs. | : |
| TGW TRANSPORTGERATE GmbH & CO. KG, et al. | : |
| Defendants. | : OCTOBER 31, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants TGW Transportgerate GMBH & Co. Kg. ("TGW Austria") and TGW, Inc., respectfully move for a ten (10) day extension of time up until and including November 17, 2003 to submit a Joint Mediation Report, per this Court's October 24, 2003 order. The reason for the request is that Philip Walker, counsel for TWG Austria and TWG, Inc. is out of the country and is not scheduled to return until after the November 6, 2003 filing date. Attorney Walker is the principal attorney for this case and as such is uniquely situated to know the relevant, pertinent facts and the procedural history of the case.

Counsel for all parties have been contacted via telephone on October 31, 2003 and have all stated that they have no objection to the granting of this motion.

This is the first motion for extension with respect to said Joint Mediation Report.

DEFENDANTS, TGW TRANSPORTGERATE
GMBH & CO. KG. and TGW, INC.

By _____*[signature: Charlsa D. Broadus]*_____
Philip S. Walker (ct 05172)
Charlsa D. Broadus (ct 22153)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Juris No. 14229
Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first class mail, postage prepaid, to all counsel and pro se parties of record, as follows:

Kenneth M. Rozich, Esq.
Law Offices of Jason L. McCoy
280 Talcotville Road
Vernon, CT 06066
*Counsel for Plaintiffs*

Frederick W. Danforth, Jr., Esq.
Law Offices of Christopher J. Powderly
P.O. Box 990029
Hartford, CT 06199
*Intervening Plaintiff, Warren Corporation*

Gerald L. Garlick, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
*Counsel for Plaintiffs*

Deborah E. Roser, Esq.
Peter J. Ponziania, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
*Counterclaim Defendant, Warren Corporation*

_____*[signature: Charlsa D. Broadus]*_____
Charlsa D. Broadus