

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE CORMIER, et al. | : | CIVIL ACTION NO. 3:01CV2176 (RNC) |
| Plaintiffs, | : | |
| vs. | : | |
| TGW TRANSPORTGERATE GmbH & CO. KG, et al. | : | |
| Defendants. | : | OCTOBER 31, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants TGW Transportgerate GMBH & Co. Kg. ("TGW Austria") and TGW, Inc., respectfully move for a ten (10) day extension of time up until and including November 17, 2003 to submit a Joint Mediation Report, per this Court's October 24, 2003 order. The reason for the request is that Philip Walker, counsel for TWG Austria and TWG, Inc. is out of the country and is not scheduled to return until after the November 6, 2003 filing date. Attorney Walker is the principal attorney for this case and as such is uniquely situated to know the relevant, pertinent facts and the procedural history of the case.

Counsel for all parties have been contacted via telephone on October 31, 2003 and have all stated that they have no objection to the granting of this motion.

This is the first motion for extension with respect to said Joint Mediation Report.

GRANTED. SO ORDERED 11/6/03
DONNA F. MARTINEZ, U.S.M.J.