

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE CORMIER, et al. | : CIVIL ACTION NO. 3:01CV2176 (RNC) |
| Plaintiffs, | : |
| vs. | : |
| | : |
| TGW TRANSPORTGERATE GmbH & CO. KG, et al. | : |
| | : |
| Defendants. | : OCTOBER 29, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants TGW Transportgerate GMBH & Co. Kg. ("TGW Austria") and TGW, Inc., respectfully move for a 30 day extension of time until December 1, 2003 to respond to the interrogatories and production requests of the intervening plaintiff, Warren Corporation. The reason for the request is a decision on Warren Corporation's Motion to Dismiss is pending and will affect the responses to discovery.

Opposing counsel has no objection to the granting of this motion.

This is the second motion for extension with respect to said interrogatories and production requests.

GRANTED. SO ORDERED 11/17/03
DONNA F. MARTINEZ U.S.M.J.
FILED
2003 NOV 17 P 3: 09
US DISTRICT COURT
HARTFORD CT