UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 22 A 9:57

U.S. DISTRICT COURT
HARTFORD, CT.

KATHERINE CORMIER, ET AL.,  :

    Plaintiffs,  :

v.  :    CASE NO. 3:01CV2176(RNC)

TGW TRANSPORTGERATE, ET AL.,  :

    Defendants.  :

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before February 23, 2004.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before February 23, 2004.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 22nd day of January 2004.

                        Robert N. Chatigny
                        United States District Judge