*Held
Settled
5.5 Hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

January 21, 2004

11:00 a.m.

CASE NO. **3:01CV2276 (RNC)**    **Cormier, ET AL., v. TGW, ET Al.,**

COUNSEL OF RECORD:

| | |
|---|---|
| Charlsa D. Broadus | Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499<br>860-275-0237<br>860-275-0343 (fax)<br>cdbroadus@dbh.com |
| Frederick W. Danforth, Jr. | Sizemore Law Offices<br>Crossroads Corporate Park<br>6 Devine St., 1st Fl.<br>North Haven, CT 06473<br>203-407-6000 |
| Kerrie C. Dunne ✓ | Law Offices Of Christopher<br>J. Powderly<br>9 Farm Springs Road<br>Farmington, CT 06032<br>860-674-9966 |
| Gerald L. Garlick ✓ | Krasow, Garlick & Hadley<br>One State St.<br>Hartford, CT 06103<br>860-549-7100 |
| Linda Clifford Hadley | Krasow, Garlick & Hadley<br>One State St.<br>Hartford, CT 06103<br>860-549-7100 |
| Jason L. McCoy | 280 Talcottville Rd.<br>Vernon, CT 06066<br>860-872-7741 |

*Dr. Georg Bruckmuller ✓*

| | |
|---|---|
| Paul Murray Pieszak | Law Offices Of Christopher J. Powderly<br>9 Farm Springs Road<br>Farmington, CT 06032<br>860-674-9966 |
| Peter J. Ponziani | Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, CT 06001<br>860-255-5577 |
| Deborah E. Roser | Litchfield Cavo<br>40 Tower Lane<br>Suite 200<br>Avon, CT 06001<br>860-255-5577 |
| Kenneth M. Rozich | Law Offices of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509<br>203-772-4134 |
| Philip S. Walker ✓ | Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499<br>860-275-0198<br>860-275-0343 (fax)<br>pswalker@dbh.com |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK