UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE CORMIER, ET AL<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:01 CV 2176 RNC<br>: |
| VS. | : |
| TGW TRANSPORTGERATE GMBH & CO.<br>K.G., ET AL | :<br>: JANUARY 27, 2004 |

## MOTION TO WITHDRAW APPEARANCE

To the Clerk of the this court and all parties of record:

Withdraw the following appearance as counsel for record in this case for:

The Intervening Plaintiff, Warren Corporation.

INTERVENING PLAINTIFF,

By_____
Kerrie C. Dunne
Law Offices – Christopher Powderly
P.O. Box 990029
Hartford, CT 06109
Federal Bar #CT 02373
Telephone: (860) 674-9966
Facsimile: (860) 674-6662

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 27th day of January, 2004.

Jason L. McCoy, Esquire
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

Philip S. Walker, Esquire
Charlsa D. Broadus, Esquire
Day, Berry & Howard
City Place
Hartford, CT 06103

Gerald L. Garlick, Esquire
Kenneth M. Rozich, Esquire
Linda Clifford Hadley, Esquire
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kerrie C. Dunne