

# UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE CORMIER, ET AL<br>Plaintiffs | : CIVIL ACTION NO.<br>: 3:01 CV 2176 RNC |
| VS. | : |
| TGW TRANSPORTGERATE GMBH & CO.<br>K.G., ET AL | :<br>: JANUARY 27, 2004 |

### MOTION TO WITHDRAW APPEARANCE

To the Clerk of the this court and all parties of record:

Withdraw the following appearance as counsel for record in this case for:

The Intervening Plaintiff, Warren Corporation.

INTERVENING PLAINTIFF,

By_____
Kerrie C. Dunne
Law Offices – Christopher Powderly
P.O. Box 990029
Hartford, CT 06109
Federal Bar #CT 02373
Telephone: (860) 674-9966
Facsimile: (860) 674-6662

February 5, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.