# UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

KATHERINE CORMIER, ET AL
    Plaintiffs

: CIVIL ACTION NO.
: 3:01 CV 2176 RNC

VS.

TGW TRANSPORTGERATE GMBH & CO.
K.G., ET AL

: JANUARY 27, 2004

## <u>MOTION TO WITHDRAW APPEARANCE</u>

To the Clerk of the this court and all parties of record:

Withdraw the following appearance as counsel for record in this case for:

The Intervening Plaintiff, Warren Corporation.

INTERVENING PLAINTIFF,

By _Frederick W. Danforth_
Frederick W. Danforth, Jr.
Law Offices – Christopher Powderly
P.O. Box 990029
Hartford, CT 06109
Federal Bar #CT 06009
Telephone:  (860) 674-9966
Facsimile:  (860) 674-6662

FEB 0 2 2004

Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

February 6, 2004.

FILED

2004 FEB -6  A 8: 20
U.S. DISTRICT COURT
HARTFORD, CT.