FILED

2004 FEB 18 A 10: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHERINE CORMIER, ET AL.,  :
  Plaintiffs,  :  CASE NO. 3:01 CV 2176 RNC
:
V.  :
:
TGW TRANSPORTGERATE GMBH &  :
CO.KG., ET AL.  :  February 18, 2004
  Defendants

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal (with prejudice) in the above-entitled matter with regard to the Defendant, TGW International NV Industriezone Gossetlaan, who has not yet filed an Answer in these proceedings.

PLAINTIFFS, KATHERINE CORMIER and
DAVID E. CORMIER

By _____
Gerald L. Garlick, Esq., of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Federal Bar No. ct05627

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed this 18th day of February, 2004 to the following counsel of record and non-appearing party:

>Jason L. McCoy, Esq.
>Law Offices of Jason L. McCoy
>280 Talcottville Road
>Vernon, CT 06066
>Telephone: (860) 872-7741
>Federal Bar No. ct 19985
>(Plaintiffs)
>
>Philip S. Walker, Esq.
>Day, Berry & Howard, LLP
>CityPlace I
>Hartford, CT  06103
>Telephone: (860) 275-0100
>Federal Bar No. ct05172
>(Defendants, TGW, Inc. and TGW Transportgerate GMBH & Co)
>
>Kerrie C. Dunne, Esq.
>Law Offices Of Christopher J. Powderly
>9 Farm Springs Road
>Farmington, CT 06032
>Telephone: (860) 674-9966
>Federal Bar No. ct02373
>(Defendant, Warren Corporation)

2

TGW International NV Industriezone Gossetlaan
1702 Groot-Bijgaarden
Industriezone Gossetlaan
Westpointe Business Parc
't Hofveld, 6, C4, Belgium
(Non-appearing Defendant)

*[signature]*
Gerald L. Garlick

20756.1