FILED

2004 FEB 18 A 10: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHERINE CORMIER, ET AL.,
  Plaintiffs,

V.

TGW TRANSPORTGERATE GMBH &
CO.KG., ET AL.
  Defendants

CASE NO. 3:01 CV 2176 RNC

FEBRUARY 18, 2004

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(ii), Plaintiffs and Defendants TGW, Inc., TGW Transportgerate GmbH & Co.KG, and Warren Corporation hereby file this Stipulation of Voluntary Dismissal (with prejudice) in the above-entitled matter.

PLAINTIFFS, KATHERINE CORMIER and
DAVID E. CORMIER

By _____
Gerald L. Garlick, Esq., of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Federal Bar No. ct05627

PLAINTIFFS KATHERINE CORMIER and
DAVID E. CORMIER

By _____
Jason L. McCoy, Esq.
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066
Telephone: (860) 872-7741
Federal Bar No. ct 19985

DEFENDANTS, TGW, INC. & TGW
TRANSPORTGERATE GMBH & CO. KG

By _____
Philip S. Walker, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Federal Bar No. ct05172

41477893_1.DOC 089095-00000

INTERVENING PLAINTIFF, WARREN
CORPORATION

By_____
Kerrie C. Dunne., Esq.
Law Offices Of Christopher J. Powderly
9 Farm Springs Road
Farmington, CR 06032
Telephone: (860) 674-9966
Federal Bar No. ct02373

20701.1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 18th day of February, 2004 to the following counsel of record:

        Jason L. McCoy, Esq.
        Law Offices of Jason L. McCoy
        280 Talcottville Road
        Vernon, CT 06066
        Telephone: (860) 872-7741
        Federal Bar No. ct 19985
        (Plaintiffs)

        Philip S. Walker, Esq.
        Day, Berry & Howard, LLP
        CityPlace I
        Hartford, CT 06103
        Telephone: (860) 275-0100
        Federal Bar No. ct05172
        (Defendants, TGW, Inc. and TGW Transportgerate GMBH & Co)

        Kerrie C. Dunne, Esq.
        Law Offices Of Christopher J. Powderly
        9 Farm Springs Road
        Farmington, CT 06032
        Telephone: (860) 674-9966
        Federal Bar No. ct02373
        (Defendant, Warren Corporation)

        _____
        Gerald L. Garlick