FILED

2004 FEB 18  A 10: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHERINE CORMIER, ET AL.,
   Plaintiffs,

                                    CASE NO. 3:01 CV 2176 RNC

V.

TGW TRANSPORTGERATE GMBH &
CO.KG., ET AL.                         February 18, 2004
   Defendants

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal (with prejudice) in the above-entitled matter with regard to the Defendant, TGW International NV Industriezone Gossetlaan, who has not yet filed an Answer in these proceedings.

                                      PLAINTIFFS, KATHERINE CORMIER and
                                      DAVID E. CORMIER

                                      By_____
                                      Gerald L. Garlick, Esq., of
                                      Krasow, Garlick & Hadley, LLC
                                      One State Street
                                      Hartford, CT 06103
                                      Telephone: (860) 549-7100
                                      Federal Bar No. ct05627

*[Margin notations: "February ___, 2004. Approved. So ordered. Robert N. Chatigny, U.S.D.J." and filing stamp "2004 FEB 23 P 1:38 U.S. DISTRICT COURT"]*