FILED

2004 FEB 18 A 10: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHERINE CORMIER, ET AL.,
   Plaintiffs,

V.

TGW TRANSPORTGERATE GMBH &
CO.KG., ET AL.
   Defendants

CASE NO. 3:01 CV 2176 RNC

FEBRUARY 18, 2004

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(ii), Plaintiffs and Defendants TGW, Inc., TGW Transportgerate GmbH & Co.KG, and Warren Corporation hereby file this Stipulation of Voluntary Dismissal (with prejudice) in the above-entitled matter.

PLAINTIFFS, KATHERINE CORMIER and
DAVID E. CORMIER

By _____
Gerald L. Garlick, Esq., of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Federal Bar No. ct05627

Approved. So ordered.
Robert N. Chatigny, U.S.D.J.
February ___, 2004.

FILED
2004 FEB 23 P 1:38
U.S. DISTRICT COURT
HARTFORD, CT.